**IT IS ORDERED as set forth below:**



Date: January 11, 2021

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORIGA ATLANTA DIVISION

| In Re: | ) | CASE NO. 20-71618 |
|---|---|---|
| | ) | |
| Kevin Lamar Terrell & Tamarion Sherrie Terrell, | ) | CHAPTER 7 |
| | ) | Judge Wendy L. Hagenau |
| Debtor | | |

## ORDER ON MOTION TO VACATE ORDER OF DISMISSAL

The Debtors' Motion to Vacate Order Of Dismissal (the "Motion") [Docket No. 22] came before the Court on January 7, 2021 at 10:30 AM in Courtroom 1403. Debtors' attorney was present. There was no parties of interest that appeared in opposition of the Motion, nor was there any opposition filed in Debtor's case. Therefore, for good cause shown and it appearing the Trustee has no opposition thereto;

IT IS SO ORDERED THAT the Order of Dismissal dated December 3, 2020 is vacated, that the Debtor's Chapter 7 case is hereby reopened for the purpose of continuing until discharged.

END OF DOCUMENT

Prepared and Presented by:

/s/Willie "Buddy"Huntley
 Willie "Buddy"Huntley
Attorney for Debtor
GA Bar No. 072909
Holston & Huntley, LLC
3350 Riverwood Parkway
 Suite 1590
Atlanta GA 30339
678-403-0974 (P)
888-379-7774 (F)
 buddy@holstonandhuntley.net

Distribution List

**Kevin Lamar Terrell**
**Tamarion Sherrie Terrell**
3318 Sweet Maple Walk
Lithonia, GA 30038

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Willie J. Huntley, III**
Holston & Huntley LLC
Suite 1590
3350 Riverwood Parkway
Atlanta, GA 30339

All parties listed on Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-71618-wlh<br>Northern District of Georgia<br>Atlanta<br>Thu Dec 10 14:12:21 EST 2020 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Comenity Bank/atylrlmc<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/limited<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenitybank/jared<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitybank/ny&co<br>Po Box 182789<br>Columbus, OH 43218-2789 | Convergent Outsourcing<br>Po Box 9004<br>Renton, WA 98057-9004 |
| Crdtonebnk<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | Freedom Mortgage Corp<br>907 Pleasant Valley Ave<br>Mount Laurel, NJ 08054-1210 |
| Ga's Own Cu<br>P.o. Box 105205<br>Atlanta, GA 30348-5205 | Georgias Own Cu<br>1155 Peachtree St<br>Atlanta, GA 30309-7629 | Georgias Own Cu<br>P.o. Box 105205<br>Atlanta, GA 30348-5205 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Willie J. Huntley III<br>Holston & Huntley LLC<br>Suite 1590<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-3593 | I.c. System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Jared Galleria<br>375 Ghent Rd<br>Akron, OH 44333-4601 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 |
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navy Fcu<br>1 Security Place<br>Merrifield, VA 22116 | Navy Fcu<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 |
| Navy Federal Cr Union<br>1 Security Place<br>Merrifield, VA 22116 | Navy Federal Cr Union<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Syncb/banana Rep
Po Box 965005
Orlando, FL 32896-5005


Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/flex
Po Box 965005
Orlando, FL 32896-5005

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007


Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Target Nb
Po Box 673
Minneapolis, MN 55440-0673

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Kevin Lamar Terrell
3318 Sweet Maple Walk
Lithonia, GA 30038-7163


Tamarion Sherrie Terrell
3318 Sweet Maple Walk
Lithonia, GA 30038-7163

Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605-0709

Wf/nation
Po Box 14517
Des Moines, IA 50306-3517


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Po Box 982238
El Paso, TX 79998

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Pnc Bank, N.a.
Po Box 3180
Pittsburgh, PA 15230


End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44